1

KEREN E. GESUND, ESQ.
Nevada Bar No. 10881

2

**GESUND & PAILET, LLC**
5550 Painted Mirage Rd.

3

Suite 320

4

Las Vegas, NV 89149
Tel: (702) 300-1180

5

Fax: (504) 265-9492

6

keren@gp-nola.com
*Attorney for Plaintiff*

7

Craig J. Mariam (SBN: 10926)

8

cmariam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP

9

300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

10

Telephone:  (702) 577-9333
Facsimile:  (877) 306-0043

11

*Attorneys for Defendant NORTHSTAR LOCATION SERVICES, LLC*

12

**UNITED STATES DISTRICT COURT**

13

**DISTRICT OF NEVADA**

14

| | |
|---|---|
| NICOLE DIANE LA CARIA, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC, A New York limited liability company, and JOHN DOES 1-10.<br><br>Defendant. | Case No.: 2:18-cv-00317-GMN-GWF<br><br>*Honorable Gloria M. Navarro*<br><br>*Magistrate Judge George Foley, Jr.*<br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**<br><br>**(First Request)** |

15

16

17

18

19

20

21

22

23

Pursuant to Local Rule of Practice 26-4, plaintiff Nicole Diane La Caria ("Plaintiff") and

24

defendant Northstar Location Services, LLC ("Northstar") (hereinafter collectively referred to as

25

the "parties"), by and through their respective counsel of record, hereby stipulate to extend the

26

deadline to amend pleadings and add parties from June 15, 2018 to August 15, 2018.

27

On February 21, 2018, Plaintiff filed her underlying complaint. (Dkt. No. 1).  Unclear of

28

the identities of some of the Defendants, Plaintiff pled claims against Northstar and John Does 1-

- 1 -

STIPULATION TO EXTEND TIME DEADLINE TO AMEND PLEADINGS AND ADD PARTIES

1    10.  *Id.*  On May 3, 2018, the operative scheduling order was put into effect. (Dkt. No. 9). Pursuant

2    to Local Rule of Practice 26-1, and the scheduling order, the deadline to amend pleadings and add

3    parties is June 15, 2018.  *Id*. On April 26, 2018, Plaintiff propounded discovery requests on

4    Northstar and requested available deposition dates.  On May 18, 2018, Plaintiff noticed Northstar's

5    30(b)(6) deposition for June 6, 2018.

6         Northstar notified Plaintiff that its 30(b)(6) witness is not available in May and will be out

7    of the office on medical leave in June.  As such, the earliest date that Northstar's 30(b)(6) witness

8    can be deposed is in July of 2018.

9         Discovery is in the beginning stages. The scheduling order went into effect earlier this

10   month. Plaintiff recently propounded her initial round of discovery requests and noticed her first

11   deposition. Northstar has not yet propounded discovery on Plaintiff nor noticed any depositions,

12   but intends to. Depending on the discovery produced, Plaintiff may seek additional discovery and

13   do one or two additional depositions.

14        This request is made less than 21 days before expiration of the June 15, 2018 amended

15   pleading deadline. Good cause exists to extend the deadline. Plaintiff needs Northstar's discovery

16   responses and deposition testimony to identify John Does 1-10, to add their names to the caption,

17   and to identify further claims against Northstar. However, Northstar's 30(b)(6) witness is

18   unavailable until July due to a medical situation.  Based on the foregoing, the parties stipulate to

19   extend the deadline to amend parties and add claims from June 15, 2018 to August 15, 2018.

20        ///

21        ///

22        ///

23        ///

24        ///

25        ///

26        ///

27        ///

28

1    Both parties anticipate completing discovery within the remaining deadlines.

2

3    **Plaintiff:**                                    **Defendant:**

4    DATED this 5th day of June, 2018                 DATED this 5th day of June, 2018

5    GESUND & PAILET, LLC                             GORDON REES SCULLY MANSUKHANI,
                                                      LLP
6    By: */s/ Keren E. Gesund, Esq.*
        KEREN E. GESUND, ESQ.                         By: */s / Craig J. Mariam, Esq*
7       Nevada Bar No. 10881                             CRAIG J. MARIAM, ESQ.
        5550 Painted Mirage Road                         Nevada Bar No. 10926
8       Suite 320                                        300 S. 4th Street
        Las Vegas, NV 89149                              Suite 1550
9       Telephone: (702) 300-1180                        Las Vegas, NV 89101
        Fax: (504) 265-9492                              Telephone: (702) 577-9333
10      keren@gp-nola.com                                Facsimile: (877) 306-0043
        *Attorney for Plaintiff*                         cmariam@grsm.com
11                                                       *Attorney for Northstar Location*
                                                         *Services, LLC*
12

13

14

15   IT IS SO ORDERED:

16   _____
     UNITED STATES MAGISTRATE JUDGE
17
     DATED:  6/06/2018
18

19

20

21

22

23

24

25

26

27

28

1153772/38700592v.1

- 3 -