UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICOLE DIANE LA CARIA,<br><br>                          Plaintiff,<br>v.<br>NORTHSTAR LOCATION SERVICES, LLC,<br>                          Defendant. | Case No. 2:18-cv-00317-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Seal Exhibits to her Motion for Class Certification and her Opposition to Defendant's Motion to Deny Class Certification (ECF No. 51), filed on December 10, 2018. Also before the Court is Plaintiff's Motion to Seal Reply in support of her Motion for Class Certification (ECF No. 54), filed on December 17, 2018.

Plaintiff requests permission to file Exhibits 2-4 attached to her motion for class certification (ECF No. 45) and Exhibits 1-6 and 8 attached to her opposition (ECF No. 47) to Defendant's motion to deny class certification under seal. Defendant represents that it is willing to de-designate as confidential under the parties' stipulated protective order portions of the deposition transcripts referenced by Plaintiff. Plaintiff further represents that she will file redacted versions of her documents "once [she] has a better understanding of which documents and testimony will be sealed." *See Motion to Seal* (ECF No. 51), 4. In addition, Plaintiff requests permission to file her reply (ECF No. 53) in support of her motion for class certification under seal because it quotes a document that is designated as confidential under the parties' stipulated protective order. The Court grants Plaintiff's motions subject to her filing redacted versions of motion for class certification (ECF No. 45), opposition (ECF No. 47), and reply (ECF No. 53) on the docket no later than **January 10, 2018**. Accordingly,

1

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal Exhibits to her Motion for Class Certification and her Opposition to Defendant's Motion to Deny Class Certification (ECF No. 51) and Plaintiff's Motion to Seal Reply in support of her Motion for Class Certification (ECF No. 54) are **granted** subject to Plaintiff filing redacted versions on the docket no later than **January 10, 2019**.

Dated this 28th day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

2