# **EXHIBIT "1"**

KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
GESUND & PAILET, LLC
5550 Painted Mirage Rd.
Suite 320
Las Vegas, NV 89149
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com

and

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE DIANE LA CARIA, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC, A New York limited liability company, and JOHN DOES 1-10.<br><br>Defendant. | Case No.: 2:18-cv-00317-GMN-GWF |

**DECLARATION OF KEREN E. GESUND
IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Keren E. Gesund, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following is true and correct:

1. I am one of the attorneys representing Plaintiff Scott N. Masson in this matter.
2. I am a member in good standing of the bars of the following:

- 1 -

Supreme Court of California
San Francisco, CA
2007

Supreme Court of Nevada
Carson City, NV
2008

Supreme Court of Louisiana
New Orleans, LA
2011

U.S. Court of Appeals for the Ninth Circuit
San Francisco, CA
2016

U.S. District Court for the District of Nevada
Las Vegas, NV
2012

U.S. District Court for the Eastern District of Louisiana
New Orleans, LA
2011

U.S. District Court for the Western District of Louisiana
All Parishes
2016

U.S. District Court for the Middle District of Louisiana
Baton Rouge, LA
2018

U.S. District Court for the Northern District of Texas
2016

U.S. District Court Eastern District of Texas
2016

All U.S. District Courts of California
2012

3. I am a 2007 graduate of the University of California at Davis School of Law.

4. From 2007-2010, I worked in Las Vegas as a litigation associate.

- 2 -

5. From 2011 to 2013, I worked for Sessions, Fishman, Nathan & Israel representing debt collectors.

6. In 2013, I opened my law office exclusively representing consumer rights in both individual and class cases.

7. Since 2011, I have represented numerous debt collectors and consumers for claims under the Fair Debt Collection Practices Act.

8. On November 21, 2018, I visited the United States Postal Service's website at https://postcalc.usps.com/ServiceCommitments and used the service commitment calculator to calculate the length of time it takes mail to get from one zip code to another.

9. A letter mailed from Matrix' facility at 6341 Inducon Drive E, Sanborn, New York 14132 to 50 Fountain Plaza, Buffalo, New York 14202, a distance of approximately 23 miles, takes more than one day to arrive.

10. Similarly, a letter mailed from Matrix facility at 6341 Inducon Drive E, Sanborn, New York 14132 to Ms. La Caria's address in Henderson, Nevada 89074-8248 takes more than one day to arrive.

Executed this 21st day of November, 2018.

*/s/ Keren E. Gesund*