AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Nicole Diane La Caria,

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

                  Plaintiff,

v.

Case Number:  2:18-cv-00317-GMN-GWF

Northstar Location Services, LLC, et al.,

                  Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X
___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of the Plaintiff Nicole Diane La Caria and against Defendant Northstar Location Services, LLC. Defendant Northstar Location Services, LLC shall pay the total sum of $125,000.00 inclusive of both attorneys' fees and costs to Class Counsel.

7/19/2021
_____
Date

   __DEBRA K. KEMPI___
Clerk

   _/s/ Y. Williams____
Deputy Clerk